Dan Brecher
Law Offices of Dan Brecher
99 Park Ave., 16th Fl.
New York, New York 10016
(212) 286-0747 (telephone)
(212) 808-4155 (fascimile)
DB-5308
Attorney for Petitioner
Dan Brecher
s/Dan Brecher
Electronically Filed
02/ /06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration between

MICHAEL WEINBERG,

                        Petitioner,

- against -

CARDINAL CAPITAL MANAGEMENT, INC.
and JOSEPH QUATTROCHI,

                        Respondents.

Case No. 05 CV 7917 (KMW)

**DEFAULT JUDGMENT**

      This proceeding having been commenced on September 12, 2005 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been personally served on Respondent, Cardinal Capital Management, Inc. ("Cardinal") on October 17, 2005, by personal service on Chuck West, and a proof of service having been filed on January 6, 2006 and Respondent Cardinal not having answered the Petition, and the time for answering the Petition having expired, it is:

ORDERED, ADJUDGED AND DECREED: that the Petitioner have judgment [or $63,934.50] against Respondent Cardinal in the liquidated amount of $83,934.50 with interest at 4.5% from June 4, 2004 amounting to $~~6,442.07~~ [4,902.81], plus costs and disbursements of this action in the amount of $285 amounting in all to $~~90,661.57~~ [89,122.31].

Dated: New York, New York
February ~~8~~ [16], 2006
/KMW/

The Clerk of Court is directed to close this case. Any pending motions are moot.

_____
U.S.D.J.
Hon. Kimba M. Wood

This document was entered on the docket on
February    , 2006